IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



RICHARD ALAN HALL,

    Plaintiff,

v.                                            Civil Action No. 3:16cv745

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security,

    Defendant.

**ORDER**

Having reviewed the REPORT AND RECOMMENDATION of the Magistrate Judge entered herein on August 2, 2017 (ECF No. 21), the PLAINTIFF'S OBJECTIONS TO THE MAGISTRTE'S REPORT AND RECOMMENDATION (ECF No. 22), the DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE REPORT AND RECOMMENDATION (ECF No. 23), and having considered the record and the REPORT AND RECOMMENDATION (ECF No. 21) and finding no error therein, it is hereby ORDERED that:

(1) The PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE'S REPORT AND RECOMMENDATION (ECF No. 22) are overruled;

(2) The REPORT AND RECOMMENDATION of the Magistrate Judge (ECF No. 21) is adopted on the basis of the reasoning of the REPORT AND RECOMMENDATION;

(3) The PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (SOCIAL SECURITY) (ECF No. 15) is denied;

(4) The DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Docket No. 16) is granted; and

(5) The Commissioner's decision is affirmed.

It is further ORDERED that the issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: September 12, 2017